UNITED STATES DISTRICT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AYANNA ABADIE, JARED ABADIE, JUSTIN | NO. |
| ABADIE, MARY L. ABADIE, BEVELYNNE | |
| L.D. ACLISE, KATOYA J. ACLISE, SANDRA | |
| H. ACLISE, ALBERTA ADAMS, ALTON | JUDGE: |
| ADAMS, BENNIE O. ADAMS, BRUCE | |
| ADAMS, DARLENE M. ADAMS, DERRICK | |
| ADAMS, JERMAINE G. ADAMS, JERRY D. | MAGISTRATE JUDGE: |
| ADAMS, JOHN ADAMS, JR., JOHN ADAMS, | |
| JR., JOSHUA ADAMS, KENNY ADAMS, | |
| MILDRED ADAMS, VIVIAN ADAMS, ADELL | |
| ADDISON, DEVERON ADDISON, JACKIE | |
| ADDISON, JEROME ADDISON, LEROY | |
| ADDISON, NAAMAN ADDISON, TREVOR | |
| ADDISON, CHARLES E. AIKENS, CAROLYN | |
| ALBERT, KERRY ALBERT, JR., KERRY | |
| ALBERT, SR., RONDELL ALBERT, ARICK | |
| ALEXANDER, AUDREY ALEXANDER, | |
| BARBARA ALEXANDER, DALLENDOR | |
| ALEXANDER, LARRY ALEXANDER, | |
| WANDA ALEXANDER, CARONDA ALLEN, | |
| CASANDRA ALLEN, HENRY ALLEN, JACOB | |
| ALLEN, JAMES ALLEN, JESSICA ALLEN, | |
| JOSEPH ALLEN, LINDA NEWMAN ALLEN, | |
| MARISSA READO ALLEN, MELVIN ALLEN, | |
| REGINALD ALLEN, RUBY LEE ALLEN, | |
| SHAVONNE ALLEN, TIMOTHY ALLEN, | |
| TONITA ALLEN, WILLIE ALLEN, AUDERY | |
| MAE ANDERSON, CHESTER ANDERSON, | |
| DEBRA BROWN ANDERSON, KEDRA | |
| ANDERSON, NIKIESHA ANDERSON, OZEN | |
| ANDERSON, BYRON K. ANDREWS, | |
| MARCUS M. ANDREWS, TERRY D. | |
| ANDREWS, KATIE ANTHONY, RICKY | |
| ANTHONY, CURTIN ANTOINE, DOROTHY | |
| ANTOINE, ROBERT ANTOINE, | |
| CLEMENTINE APPLEWHITE, GEORGE | |
| APPLEWHITE, NGOZI APPLEWHITE, | |
| WYKITA APPLEWHITE, SHARON | |
| ARBUCKLE, PATRICIA ARMSTEAD, | |
| WILLIE ARMSTEAD, SR., TIKILA ARNOLD, | |
| ROY ARON, SR., CHERONDA ARTHUR, | |

HAZEL ARTHUR, KENNY ARTHUR, SR.,
KENNY ARTHUR, JR., ARRON EARL
ASBERRY, PRICILLA S. ASBERRY, BETTY
R. ATKINS, BOBBY L. ATKINS, HASAN M.B.
ATKINS, LATOYA ATKINS, MERGERY
ATKINS, SHAKITA ATKINS, TOMICA
ATKINS, TOREANTO ATKINS, WILLIE
ATKINS, III, YUSUF R. ATKINS, SARAH
AUGUSTUS, ROBERT AUZENNE, TANYA D.
AUZENNE, AMANDA J. BAILEY, BARBARA
BAILEY, BIRDELL M. BAILEY, EBONY
BAILEY, JERRICA R. BAILEY, L.C. BAILEY,
LINDA L. BAILEY, MARILYN G. BAILEY,
MERISIA BAILEY, RICHARD BAILEY,
SHARON B. BAILEY, THELMA BAILEY,
CAROLYN BAKER, DENISE BAKER, ANNIE
BAKS, CYNTHIA BANKS, EARL C. BANKS,
GEORGE BANKS, HENRELLY BANKS,
JACQULINE ANTOINETTE BANKS, JAMIE
BANKS, KATRINA BANKS, KEATON
BANKS, LILLIAN BANKS, LILLIE MAE
BANKS, LINDA JEAN BANKS, MANUEL
BANKS, MELVIN BANKS, RANDY BANKS,
RANDY BANKS, JR., ROBERT BANKS, JR.,
SHARELLE BANKS, TALEISHA BANKS,
WILLIE BANKS, ALICIA BANKSTON, C.G.
BANKSTON, CLEO BANKSTON, SR., JOYCE
BAKSTON, KESIA BANKSTON, CHARLES
BARKER, EDDIE BARKER, JOAN BARKER,
LEON BARKER, JR., TAMIKA BARKER,
KATINA BARNARDEZ, ANETRA BARNES,
CHRISTOPHER BARNES, DE'ANDRE
BARNES, ERICKA BARNES, IREION
BARNES, JENNIFER BARNES, SYLVIA
BARNES, JOHN BARRON, EBONI BATES,
CHARLOTTE BATISTE, ERROL BATISTE,
FITZGERALD BATISTE, JAMES BATISTE,
MILDRED BATISTE, SHANTEL BATISTE,
DELI BEACHEM, AHMAD BEAUCHAMP,
HELEN BEAUCHAMP, MICHAEL
BEAUCHAMP, MICHAEL BEAUCHAMP,
PATRICIA BEAUCHAMP, ROSE
BEAUCHAMP, WANDA BEAUCHAMP,
ALVIN BEAUVEAIS, DEONDRIA BELL,
EARLINE BELL, EARLINE C. BELL,
GEORGIA BELL, JESSIE BELL, JESSIE BELL,

JR., KEVIN BELL, LEONARD BELL, LISE
BELL, PEARL BEL, RONNIE BELL, SHANDA
BELL, FANNIE BELLIAZERE, NEOMI
BELLIAZERE, SHAWANA BELLIAZERE,
IRMA BELONEY, CRYSTAL DAWN
BETTETT, TAMARA M. BENNETT, LARRY
BERNARD, MARGUERITE BERNARD,
LEROY BERRY, WENDY L. BERRY,
JERRICK J. BETHELY, JOSEPH BETHELY,
JR., DINESHA BILLOUPS, LAJOY BILLOUPS,
TRACY BILLOUPS, ASHLEY BINDON,
DAISY LEE BINDON, JOYCE BINDON,
RANELL BINDON, WILLIAM BINDON, JR.,
WILLIAM BINDON, SR., WILLIE MAE BIRD,
ALICE MAIE BLACK, ALISHA BLACK,
ANTHONY BLACK, ANTHONY R. BLACK,
ANTOINE BLACK, BEULAH BLACK,
CARLON BLACK, JUSTIN BLACK,
MARILYN S. BLACK, BRANDON
BLACKMAN, EVANDA BLACKMAN,
BREDONNA BLAKE, DARNISHA BLAKE,
DONNIE BLAKE, II, DONNIE BLAKE,
CURRY BOLDEN, LEONARD BOLDEN, JR.,
TANDRA BOLDEN, MYRTIS BOWIE, EMILY
BOYKINS, LILIAN BOYKINS, JOSEPH
BOYKINS (DECEASED), BERYL J.
BRADLEY, CHERYL D. BRADLEY, GLADYS
BRADLEY, HATTIE BRADLEY, JOSEPH
BRADLEY, JOSHUA BRADLEY, KEISHA L.
BRADLEY, LAKISHA BRADLEY, LATASHA
BRADLEY, SHAMEKA BRADLEY, SHARON
BRADLEY, SUZANNE BRADLEY,
WOODROW BRADLEY, GLORIA BRADY,
LONNIE BRAND, LEVORIE BRANDON,
DASHONDA BRAXTON, DORIS BRAXTON,
IRENE W. BRAXTON, SAME BRAXTON,
BRANDON BREAUX, DEBRA BREAUX,
ELIZABETH BREAUX, EMMA BREAUX,
IVORY BREAUX, LAQUITA BREAUX,
LATISHA T. BREAUX, LATOYA T. BREAUX,
LAWRENCE BREAUX, SHASHA BREAUX,
YOLANDA BREAUX, MCKINLEY
BRECKENRIDGE, MELIN BRECKENRIDGE,
DARRILYNN BRIDGES, DIANNE BRILEY,
SAMUEL BRILEY, HOWARD BRIMMER,
OTIS BROADWAY, JR., REGINALD

BROADWAY, SHADAVA BRODUS,
LATONYA BROOK, BEVERLY BROOKS,
DIAMEAN BROOKS, GWENDA BROOKS,
IKE BROOKS, RANARDA BROOKS, ROSE
BROOKS, TIALONDA BROOKS, MALCOLM
X. BROUSSARD, STEPHANIE BROWDEN,
ANTHONY BROWDER, DEBORAH
BROWDER, GREGORY BROWDER,
MARLISHA BROWDER, MICHAEL
BROWDER, JR., MICHAEL LEROY
BROWDER, SR., MIKA BROWDER, NECOLE
BROWDER, SAKINA BROWDER, SHEDRICK
BROWDER, TRAVONYA BROWDER,
ANDRAE BROWN, ATAYLIA BROWN,
CATHERINE BROWN, CHARLES BROWN,
CHRIS BROWN, CHRISTOPHER BROWN,
CIERRA BROWN, COREY BROWN, CURTIS
BROWN, SR., CURTIS BROWN, JR.,
CYNTHIA BROWN, CYNTHIA BROWN,
DELTONIES BROWN, DERRICK BROWN,
DONNA BROWN, EBONIE BROWN, EMILY
BROWN, FRANK BROWN, GEORGIA
BROWN, GERALINE BROW, GRAYLEN
BROWN, JAMAL BROWN, JAMES BROWN,
JENNIFER BROWN, JERRY BROWN,
JEWELL BROWN, KEDRA BROWN, LANCE
BROWN, LAQUISHA BROWN, LATISHA
BROWN, LOUIS BROWN, MARY BROWN,
MICHAEL BROWN, MYRA BROWN,
NATHANIEL BROWN, ORINTO BROWN,
RHONDA BROWN, ROBERT BROWN,
RONALD BROWN, RONDELL BROWN,
ROSALIE BROW, ROSE BROWN, ROSE
LEVY BROWN, SHANEITHA BROWN,
SHELIA BROWN, TARVARAS BROWN,
TASHA BROWN, TERRENCE BROWN, TROY
BROWN, UNBORN BROWN, WANDA JEAN
BROWN, WILLIE BROWN, ALICIA
BRUMFIELD, BRIDGETTE BRUMFIELD,
DEDRICK BRUMFIELD, DENERO
BRUMFIELD, FOCHIE BRUMFIELD,
LATISHA BRUMFIELD, LIS BRUMFIELD,
PRENTISS BRUMFIELD, RAY BRUMFIELD,
RAYMOND BRUMFIELD, ROSE MARIE
BRUMFIELD, VIANNA BRUMFIELD,
WILFORD BRUMFIELD, JOYCE BRYANT,

KIRBY BRYANT, LIZZIE BRYANT, FABIAN
BUCHANAN, FLOYD BUCHANAN, TONY
BUCHANAN, KALYN BUCHANON, LATARA
BUCHANON, ALISHA BURRELL, CANDIS
BURTON, CYNTHIA BURTON,
GWENDOLYN BUSH, EDWARD CHARLES
BUTLER, JAMES BUTLER, JANICE BUTLER,
LESHAWN BUTLER, LUCILLE BUTLER,
NICOLE BUTLER, PARKEDRA BUTLER,
RANCHERIA BUTLER, SAMUEL BUTLER,
TANDRA BUTLER, TERHONDA BUTLER,
WILIAM BUTLER, YOLANDA BUTLER,
ARIEL BYNUM, BILLIE BYNUM, DEON
BYNUM, GABRIEL BYNUM, MICHELLE
BYNUM, OCTAVIA MARIE BYNUM, MABLE
CADE, OSCAR CADE, OSCAR CADE, JR.,
ROOSEVELT CADE, SR., ASIS CAGE,
BEAULA M. CAGE, BRITTANY CAGE,
SHONDRA CAGE, SONDRA F. CAGE,
TRELYSIS CAGE, GEORGE CAIN, ROGER
CAIN, SHONDRA CAIN, TERRI L. CAIN,
TRENT CALLOWAY, EUCEBIO
CAMARILLO, CHARONDALETTE CAMPEL,
CRYSTALA CAMPBELL, EMMITT
CAMPBELL, JR., ERIC CAMPBELL,
KENYATTA CAMPBELL, KIMELEE
CAMPBELL, LARRY CAMPBELL, LARRY
CAMPBELL, MARTHA CAMPBELL, DEONTE
CANNON, HELEN CANNON, JOHN
CANNON, KISHON CANNON, SABRINA
CAREY, SYLVESTER CAREY, EDDIE
CARMINA, PAULA CARMON, KENNA
CARNEY, MERVIN CARNEY, ALFRED
CARR, DELL MARIE CARR, HENRY CARR,
JR., TRAVIS CARR, ALICE CARTER,
ANDREA CARTER, BRANDON CARTER,
DIANE CARTER, DONALD CARTER,
DOROTHY CARTER, DOROTHY CARTER,
EFFIE CARTER, GILDA CARTER, HATTIE
CARTER, ISSAC CARTER, JAVELYN
CARTER, JIMMIE CARTER, KAWANDA
CARTER,  KENDRICK CARTER, LATASHA
CARTER, MIKISHA CARTER, MONROE
CARTER, QUENTIN CARTER, TAUREAN
CARTER, ROSALIE CASTILLE, THEODORE
CASTILLE, WAYNE CASTILLE, CARLOS

CATO, PAMELA A. CATO, DIANE CAUSEY,
ISIAH CAUSEY, MARCELL CELESTINE,
NICOLE CELESTINE, DAVID CHAMBERS,
GAYLE CHAMBERS, JESSIE CHAMBERS,
KAWANDA CHAMBERS, REGINALD
CHAMBERS, ELIAS CHANEY, III, ELVIN
CHANEY, JAMEL CHANEY, JEREMY
CHANEY, PERCY CHANEY, ANDRA
CHAPMAN, ARTHUR CHAPMAN, BESSIE
CHAPMAN, ISREAL CHAPMAN, SR.,
MEOSHA CHAPMAN, MONICIA CHAPMAN,
RODESSA CHAPMAN, TABITHA CHAPMAN,
CHEVIS CHATMAN, GRACE CHATMAN,
ISREAL CHATMAN, JOYCELYN CHATMAN,
LATOSHA CHATMAN, MARCUS CHATMAN,
SHAUNTEL CHATMAN, SHYRONE
CHATMAN, BRIAN CHAVIS, BRITTINI
CHAVIS, LAKEISHA CHAVIS, TEDRICK
CHAVIS, DEBBIE CHENEVERT, KAREN
CHENEVERT, TYKEISHA CHENEVERT,
ABEL CHEW, DEBRA CEW, LATASHA
CHEWS, KENNETH CHRISTIAN, ROSE
CHRISTIAN, PEGGY CHRISTOPHER,
REGINALD CHRISTOPHER, ROSE
CHRISTOPHER, STACEY CHRISTOPHER,
WILLIE CHRISTOPHER, SR., WILIE JAME
CHRISTOPHER, JR., DARIER CHUSTZ,
AUDREY CLAIBORNE, BURNNIETTE
CLARK, DAMEAN CLARK, DONALD
CLARK, JEREMIAH CLARK, LATASHA
CLARK, LEE CLARK, LEONARD CLARK,
BRANDON CLAY, CHARLES CLAY, JR.,
KATHY CLAY, RAMONA CLAY, SANDERS
CLAY, BRENDA CLAYTON, DONNESHA
CLAYTON, VIVIAN CLIPPS, AARON COHN,
APRIL COHN, ARTIES COHN, FLOYD COHN,
ANGELA COLEMAN, ASHLEY COLEMAN,
BERTHA COLEMAN, BETTY COLEMAN,
FREDRICK COLEMAN, GILDA F. COLEMAN,
GLEAN COLEMAN, JACQUELINE
COLEMAN, MATCHERSON COLEMAN,
MATTIE COLEMAN, NICHOLAS COLEMAN,
QUINCY COLEMAN, RAIF COLEMAN, ROY
COLEMAN, BERTHA COLEMAN
(DECEASED), JACQUELINE COLLIER,
ALANIO COLLINS, ALBERT COLLINS, SR.,

ALBERT COLLINS, JR., BARBARA COLLINS,
EXIE COLLINS, HELEN COLLINS, JACKY R.
COLLINS, JERRY RAY COLLINS,
LAKIRSTEN COLLINS, LOUISE COLLINS,
MARY A. COLLINS, RACARDAH COLLINS,
TANIA COLLINS, TONYA COLLINS,
ANTOINETTE COMAGER, BRENDA G.
COMAGER, CHRISTY COMAGER, DEBBIE
COMAGER, TAQUINCIA COMAGER,
KIRKLAND CONNOR, TREVOR CONVERSE,
THOMAS CONVERSE (DECEASED) SR.,
ALBERT A.COOK, KEISHA R. COOK,
KEITHEN R. COOK, DEVIN D. COOK, MARIE
C. COOK, REGINALD COOK, IRISH COOPER,
LYNELL COOPER, SHANDORA COOPER,
TYREE COOPER, TAWANDA COSEY,
LAWRENCE COSTON, LAKENVICK
COTTON, MEGALL COTTON, TERRANC
COTTON, KEITH COVTONIND, BILLIE JOE
COX, CARRINE COX, CARRINE COX,
TWANDA CRANE, BARBARA JEAN
CROCKETT, DOMONICK JERMAINE
CROCKETT, JESSIE CROCKETTE, WILLIE
CROCKETTE, LATEEFAH CROSBY, LINDA
F. CROSBY, SHANDA CROSBY, FATE
CRUMP, ERICA CURRY, CARLOS CURTIS,
DELENA CURTIS, IRA JOYCE CURTIS,
KENDRICK CURTIS, ROBERT CURTIS, ROSE
CURTIS, ROY CURTIS, BERNARD DAIGRE,
CHARLES DAIGRE, PEGGY B. DAIGRE,
SARAH DAIGRE, KASHENA DANIEL,
VALLOUISE DANIEL, WILLIAM DANIEL,
JR., WILLIAM DANIEL, SR., BARBARA
DANIEL PAUL, LAKLA DANIELS,
LAKRISTIE DANIELS, CARRIE DARJEAN,
RAYMOND DARJEAN, ALTHEA DAVIS,
ARTHUR DAVIS, ASHLEY DAVIS, BELINDA
DAVIS, BEVERLY DAVIS, BRENDA DAVIS,
BYRON J. DAVIS, CHERYL DAVIS, CLINT
DAVIS, COMANECI DAVIS, CRYSTAL
DAVIS, DORIS DAVIS, EDWARD DAVIS,
ERICA N. DAVIS, GRETNA DAVIS, JAMES
DAVIS, JEREMY DAVIS, JERRY DAVIS,
JONATHAN DAVIS, JOSHUA M. DAVIS, KIM
DAVIS, KIM DAVIS, KRISTEN E. DAVIS,
LASHEBA DAVIS, LEROY DAVIS, LUEGNIA

DAVIS, OLAJUWON DAVIS, PATRICIA A.
DAVIS, RA'CHON DAVIS, RASHAD DAVIS,
ROXIE DAVIS, RUBY DAVIS, RUTH LEE
DAVIS, SAMUEL DAVIS, JR., SAMUEL
DAVIS, III, SHANNON DAVIS, SHENIKA
DAVIS, SHERYL DAVIS, SUMMER LYNN
DAVIS, TAKISHA DAVIS, TRAVIS DAVIS,
UNBORN DAVIS, VIOLA DAVIS, WILLIE
DAVIS, BETTY DAY, JOSEPH DAY, MILTON
DAY, KOBI DEHON, LASHAUNTA DEHON,
JESSIE DEROSIN, STEPHANIE DEROSIN,
TEDRICK DEROSIN, JOHN DEROZIN,
LUNCINDA DEVALL (DECEASED), CHRIS
DICKERSON, EVERLYN DICKERSON,
LILLIAN DICKERSON, TOMEKA
DICKERSON, ANGEL DILLARD, ARLENE
DILLARD, DANIELLE DILLARD, DEMETRIA
DILLARD, MARGARET DILLARD, MELVIN
DILLARD, SR., MELVIN DILLARD, JR.,
CARLOS DIXON, DARIUS DIXON, ICSIS
DIXON, JAMES DIXON, JUANITA DIXON,
LARRY DIXON, JR., RENANTA DIXON, SAM
DIXON, SHEILA DIXON, STANLEY DIXON,
STANLEY DIXON, JR., DEBRA DOMINO,
ISADORA DOMINO, MARTINA DOMINO,
RUDOLPH DOMINO, DAVID DOSS, MABLE
DOSS, HERMAN DOTSON, MYRNA
DOTSON, TARSHA DOTSON, TERRICA
DOTSON, TIFFANY DOTSON, TOREY
DOTSON, SHYNEDRA DOUGLAS, BETTY
WELLS DRAKE, BRIAN DRAKE, CHARLIE
DRAKE, JR., DEEDRA D. DRAPER,
DONDREA DUHE, GARY DUHE, MINNIE P.
DUHE, STACY DUHE, BOBBY DUMAS,
CORA L. DUMAS, DEMETRIA L. DUMAS,
SIMON DUMAS, JR., BOBBY R. DUNBAR,
CINDERELLA DUNBAR, PEARL B. DUNBAR,
DAMOND DUNCAN, DIANNA DUNCAN,
LESISHA DUNCAN, RUTH DUNCAN, AFTON
DUNN, CHANDA LYNETTE DUNN,
CHARLES DUNN, ELTON DUNN, JR., ELTON
DUNN, IDA MAE DUNN, JOHN PRESTON
DUNN, LADRIYK DUNN, MEGUEL DUNN,
SHENEKA DUNN, DARYL DYSON, CARLOS
EACKELS, JEROME EACKELS, MINNIE
EACKELS, RECO EACKELS, REGINALD

EAKELS, CHRISTINA EALEM, LEROY
EALEM, ANTHONY EALY, ERMA W. EAST,
SAMUEL EAST, SHAWN EDWARD, ARDINA
EDWARDS, BRANDY EDWARDS,
CATHERINE T. EDWARDS, DAMIEN
EDWARDS, DARIOUS EDWARDS, EUGENE
EDWARDS, GENEVA EDWARDS, LASHAWN
EDWARDS, MICHELLE EDWARDS,
RODNEY EDWARDS, THERESA EDWARDS,
THURMAN ELLIS, REGINALD E. ELY,
DELORES W. EMERSON, JAMES EMERSON,
JONATHAN M. EMERSON, KIM EMERSON,
PAULETTE EMERSON, CAMILLE EMERY,
ERNEST JR. EMERY, ETOPHIA EMERY,
VANESSA EMERY, ELIA EPPS, LINDA EPPS,
TAMIKA EPPS, EMERY ERNEST, ROBERT
LEE EWING, JESSICA FARMER, JESSIE
FARMER, JR., RUTH FARMER, SHANDRA
FARMER, GRANDVILLIE FENNARD, GARY
FIELDINGS, SHYVONNE MEEKS
FIELDINGS, ERIC FIELDS, MAXINE
FINISTER, IVY NICOLE FISHER, KIMBERLY
FISHER, LEROY FISHER, NANCY GAIL
FISHER, SHIRLEY FISHER, CHARLES
FLEMING, FLOYD FLEMING, HJOSEPH
FLEMING, ANITA FLEMINGS, DONALD
FLEMINGS, JULIUS FLEMINGS, KIMBERLY
FLEMINGS, LEONARD FLEMINGS, MARIE
FLEMINGS, PATRICIA FLEMINGS,
SHANTELLE FLEMINGS, EDDIE LEE
FLOWERS, CONSTANCE FOBB, RAY ROBB,
TERRANCE FOBB, ZENOLA FOBB, ELLA
MAE FORD, MICHAEL FORD, NATHANIEL
FORD, DEMON FOSTER, DEVON FOSTER,
JERMAINE A. FOSTER, MELDERKIA
FOSTER, MELVIN FOSTER, MILLIENT
FOSTER, RACHELLE FOSTER, RICHARD
FOSTER, ROMELL FOSTER, THERESA
FOSTER, THERESA N. FOSTER, WILLIE
FOSTER, BOBBY RAY FOX, MARY PATE
FOX, CHRIS FRANCOIS, CURTIS FRANCOIS,
PATRICIA FRANCOIS, BETTY FRANKLIN,
CARLENE FRANKLIN, CORRELL
FRANKLIN, DOMINIQUE FRANKLIN,
EDWIN FRANKLIN, EPHAIN FRANKLIN,
FATINA FRANKLIN, FRANCESNA

FRANKLIN, GLADYS FRANKLIN, JARRETT
FRANKLIN, JOHNDRICK FRANKLIN,
JUANITA FRANKLIN, KEISHA FRANKLIN,
KENNY FRANKLIN, LADENDRA
FRANKLIN, LISA FRANKLIN, MARGIE
FRANKLIN, MAUREEN FRANKLIN, MERLIN
FRANKLIN, MORRIS G. FRANKLIN, SR.,
PAULA FRANKLIN, RANSDALE FRANKLIN,
RENADA FRANKLIN, RHOMER FRANKLIN,
RON FRANKLIN, RON FRANKLIN, ROSALIE
FRANKLIN, TANGI FRANKLIN, BETTY
FRAZIER, MARION FRAZIER, MERLIN
FRAZIER, DARLYNNE A. FREEMAN,
DEMOND J. FREEMAN, EARNEST FUGLER,
FREDRICK FUGLER, LAWRENCE L.
FUGLER, KERWIN FULTON (DECEASED),
DORIS GAINES, JASMINE GAINES,
MANUEL GAINES, JR., MANUEL GAINES,
III, MARILYN GAINES, MARY GAINES,
ROLAND GAINES, SR., SONYA GAINES,
DARRELL GALLERSON, OLLIE GARDNER,
ALCIA GARTH, GERALD GARTH, GEREMY
GARTH, CACHANTA GAY, GRANDVILLE
GENNARD, GERALDINE GEORGE,
GREGORY L. GEORGE JR., GREGORY L.
GEORGE, KAREN GEORGE, LA'RANDALL
GEORGE, LAKISHA GEORGE, WALTER
GEORGE, JR., MICHELL GERAN, NAOMIE
GERAN, STEPHANIE GERAN, DEDRICK
GHORAM, TONYA GHORAM, MARCUS
GILMORE, ANGELINA GINN, LACRESHA
GINN, LATASHIA GINN, EUGENE GIVENS,
SR., JIMMY D. GIVENS, PEARLINE GIVENS,
LOU-GINIA GLASPER, SHIRLEY GLYNN,
TAWANA GLYNN, JOE GOING, U'DREGO
GOLMOND, CANDACE GORDON,
CLARENCE GORDON, JR., CLARICE
GORDON, JASON GORDON, JIMMIE
GORDON, JOANN GORDON, MONTRELL D.
GORDON, MOSHANNA D. GORDON,
RYNISHA T. GORDON, VIOLA THOMAS
GORDON, MICHAEL GOSSEN, JEUIAL
GOSSRAND, ANDREA GRANT, ANDREA
GRANT, CORRY GRANT, DONNIE GRANT,
DOROTHY GRANT, JAMES GRANT, JR.,
LINDA GRANT, RONNIE GRANT,

ROOSEVELT GRANT, SEAN GRANT, TAMI
GRANT, AUDERY L. GRAVES, FABIAN
GRAVES, LAKEISHA GRAVES, SARAH
GRAVES, HELEN GRAY, HERMAN GRAY,
MARTHA GRAY, RALPH GRAY, JR.,
SHIRLEY GRAY, DEON GRAYER, KEON
GRAYER, KEONDRA GRAYSON, BELINDA
GREEN, BELINDA GREEN, CHARLETTE
GREEN, CYNTHIA GREEN, DARRION
GREEN, DERRICK GREEN, DONALD
GREEN, JR., DONALD GREEN, SR., FREDDIE
GREEN, GENARD GREEN, HELEN GREEN,
JAMES GREEN, JASON GREEN, KIN D.
GREEN, LATOYA GREEN, LEE A. GREEN,
JR., MARCUS GREEN, MARGARET GREEN,
MAURICE GREEN, MICHAEL GREEN,
MICHAEL GREEN, NATALIE GREEN,
QUINZAVIER GREEN, REGNALD GREEN,
RENARD GREEN, SALONE GREEN, III,
SALONE GREEN, JR., SHANNON GREEN,
SHAQUITTA GREEN, SHIKKA GREEN,
SYLVIA GREEN, TANGELA GREEN,
TIMOTHY GREEN, VALVIN GREEN,
WALTER GREEN, ERIC CHARLES
GREENUP, KAREEM GRIFFEN, LINDA
GRIFFEN, ADRIEN GRIFFIN, BENNY
GRIFFIN, GLADYS GRIFFIN, ETHYLENE
GRIGSBY, JOHNNY LEE GRIGSBY, JOLA
GRIGSBY, KATHERINE GRIGSBY, LINDA
GRIGSBY, VENICE S. GRIGSBY, DENA
GRIM, DEWITT GRIM, HENRY GRIM, IRENE
GRIMES, RUFUS GRIMES, AUDREY
GRISBY, KAREN GRISBY, BARBARA
GROSS, KEEVEN GROSS, KELDRIC GROSS,
KENISHA GROSS, TANGELA GRUM, EARL
GUERIN III, EARNESTINE GUERIN, ERICA L.
GUERIN, ANTIONE GUTTER, CATRINA
GUTTER, DEDRICK GUTTER, JANICE M.
GUTTER, GERALYN GUY, NELSON GUY,
SHENELL GUY, VANESSA GUY, FLORIA J.
GWINN, ANNIE MAE HALL, MELISSA
HALL, SHARON DENISE HALL, ADA
LOUISE HAMILTON, AMY HAMILTON,
BARBARA HAMILTON, CLORICE
HAMILTON, GERALD HAMILTON, JOHNNY
L. HAMILTON, SR., JUSTIN HAILTON,

KEISHA HAMILTON, MARIE HAMILTON,
NEDRA HAMILTON, WILBERT HAMILTON,
WILLIE HAMILTON, ABDUAL HAMLER,
EDNA HAMLER, KIMBERLY HAMLER,
WALTER HAMLER, ANNA HANEY,
GREGORY R. HANEY, HENRY HANEY, JR.,
HENRY HANEY, SR., MARY HANEY,
TIFFANY HANEY, VERNELL HANEY,
JEFFREY HARDEN, ROBERT HARDESTY
JR., CARDELL HARDIN, WILLIAM HARDY,
LAKEISHA HARRELL, WILLIE HARRELL,
ARTHUR HARRIS, ASHFORD HARRIS,
ASHLEY HARRIS, BRAD HARRIS, BRANDEE
HARRIS, BRENT HARRIS, BRIAN HARRIS,
CHERRESA HARRIS, CHERRESA D. HARRIS,
CHRISTOPHER HARRIS, CHRISTY HARRIS,
CLOVETINE HARRIS, COURTNEY HARRIS,
FELICIA HARRIS, FREDRICK HARRIS,
GEORGIANNA HARRIS, HELEN HARRIS,
JOSEPHINE HARRIS, L.J. HARRIS, LARRY
HARRIS, LEROY HARRIS, MICHELLE
HARRIS, ROMINE HARRIS, SHEREE
HARRIS, SHIRLEY HARRIS, THERESA
HARRIS, TIMOTHY HARRIS, WILLIE
HARRIS, ROSA LEE HARRISON, MARY
HART, ROCHELLE HART, THERESA HART,
VICTOR HART, VICTORIA HART, ANNETTE
HASTEN, CHERYL HASTEN, JARVIS
HASTEN, MELVIN HASTEN, ALCINIA
HAWKINS, ANDRIKA HAWKINS, FELICIA
DANYELL HAWKINS, GREGORY
HAWKINGS, JOHNDRIKA HAWKINS,
KAYLAN HAWKINS, PHILLIP HAWKINS,
REGINA HAWKINS, REGINALD HAWKINS,
SANDRA HAWKINS, TANIESHA HAWKINS,
ARLYLEE HAYES, DEANNA HAYES,
EDWARD HAYES, JR., FRANCES HAYES,
JAMES HAYES, KATHERINE HAYES,
KIMBERLY HAYES, MELVIN HAYES,
PATRICIA HAYES, ROGER DONELL HAYES,
VERONICA HAYES, ANTOINE HAYNES,
CYNTHIA HAYNES, JOHN HAYNES, KATHY
HAYNES, KERRY HAYNES,  LATONYA
HAYNEX, LILLIE MAE HAYNES, LISA
HAYNES, MARGIE HAYNES, NICOLE
HAYNES, ROBERT HAYNES, LENORA

HARRIS, LEROY HARRIS, MICHELLE
HARRIS, ROMINE HARRIS, SHEREE
HARRIS, SHIRLEY HARRIS, THERESA
HARRIS, TIMOTHY HARRIS, WILLIE
HARRIS, ROSA LEE HARRISON, MARY
HART, ROCHELLE HART, THERESA HART,
VICTOR HART, VICTORIA HART, ANNETTE
HASTEN, CHERYL HASTEN, JARVIN
HASTEN, MELVIN HASTEN, ALCINIA
HAWKINS, ANDRIKA HAWKINS, FELICIA
DANYELL HAWKINS, GREGORY HAWKINS,
JOHNDRIKA HAWKINS, KAYLAN
HAWKINS, PHILLIP HAWKINS, REGINA
HAWKINS, REGINALD HAWKINS, SANDRA
HAWKINGS, TANIESHA HAWKINS,
ARLYLEE HAYES, DEANNA HAYES,
EDWARD HAYES, JR., FRANCES HAYES,
JAMES HAYES, KATHERINE HAYES,
KIMBERLY HAYES, MELVIN HAYES,
PATRICIA HAYES, ROGER DONELL HAYES,
VERONICA HAYES, ANTOINE HAYNES,
CYNTHIA HAYNES, JOHN HAYNES, KATHY
HAYNES, KERRY HAYNES, LATONYA
HAYNES, LILLIE MAE HAYNES, LISA
HAYNES, MARGIE HAYNES, NICOLE
HAYNES, ROBERT HAYNES, SAYURI
HAYNES, SHELLIE B. HAYNES, III, SHELLIE
B. HAYNES, JR., STACY HAYNES,
TERRANCE HAYNES, TERRY HAYNES,
YVONNE HAYNES, ARTIE HAYS, HORACE
HAYS, IRENE HAYS, JOSEPH HAYS, LOVIE
HAYS, WILLIE HAYS, DAVID HAYSTON,
KIM HAYWARD, TORIELLE HAYWARD,
ALTON R. HENDERSON,CALVIN
HENDERSON, CLARENCE HENDERSON,
GINA HENDERSON, JENNIFER B.
HENDERSON, JOHN  HENDERSON, SR.,
KENDRICK HENDERSON, ANGELA HENRY,
LARRY HENRY, LATASHA HENRY, LONNI
HENRY, DEWAYEN HERBERT, LETROY
HERBERT, JONATHAN HERRING, INEZ
HICKERSON, KERMIT HICKMAN, LAKESHA
HICKMAN, LATONYA HICKMAN, DERRICK
HILLIARD, RHONDA HILLIARD, ROSE MAY
HILLIARD, ANIQUA HILLS, ASHLEY HILLS,
CURTIS HILLS, DANIEL HILLS, JR., DAVID

HILLS, JR., JACQUELINE HILLS, RICKEY
HILLS, TAMMERAL HILLS, THELMA HILLS,
CYNTHIA HILTON, MICHAEL HILTON,
MICHAEL HILTON, III, NAVADA HILTON,
TONY HILTON, HENRY HIVES, ISABELLA
HIVES, LESTER HIVES, SHELIA HIVES,
DOUGLAS HOLIDAY, STACEY HOLIDAY,
ANGELA HOLLIDAY, CLOVIS HOLLIDAY,
TAMMY HOLLIDAY, WOODROW
HOLLIDAY, ANTHONY HOLLINS, LATISHA
HOLLINS, IKE HOLLOMAN, JR., GLORIA
HOLLOMON, BARBARA HOLMES, DAREN
HOLMES, HENDERSON HOLMES, RALPH
HOLMES, DORETHA HONORE, ROSALIND
HONORE, SHELIA HONORE, EARNEST
HORNSBY, BRETTNET HORTON, INDIA
HORTON, QIUN HORTON, CARL HOWARD,
CORNELIA HOWARD, DONEVAN HOWARD,
DORETHA HOWARD, ETHEL HOWARD,
LORENA HOWARD, LOUIS HOWARD,
PRISSIE HOWARD, RYAN P. HOWARD,
BELITHA HUBBERT, CHAUNA HUBBERT,
CHRISTY HUBBERT, DEVON NICOLE
HUBBERT, DOROTHY HUBBERT, ALJERITA
HUDSON, CATHY HUDSON, KEITH
HUDSON, SEDRICK HUDSON, CHRIS
HUMPHREY, FRANK HUNT, ROTHSCHILD
HUNTER, TRAVES HUNTER, SHIRLEY
HUTCHINSON, CAROLYN IKE, DARIUS IKE,
FREDRICK IKE, SR., JOHNNY IKE, CORY
IMLER, JEFFERY IMLER, SHERMAN IMLER,
III, MAMIE IRVIN, MCGARRETT IRVIN,
PRENTISS IRVIN, TYLER IRVIN, ERIC
ISBELL, IZOLA ISBELL, TELLES ISBELL,
YASMINE ISBELL, PEBBLES IVEY, REGINA
IVEY, RODRETTA JACKO, ADRIAN
JACKSON, ALBERT JACKSON, BARBARA
JACKSON, BRUCE JACKSON, JR., BRUCE
JACKSON, SR., CALVIN JACKSON,
CAROLYN JACKSON, CHARLES JACKSON,
CHRISTINA JACKSON, CIERRA JACKSON,
CLAUDE JACKSON, DEATRY JACKSON,
DEXTER JACKSON, GLADYS JACKSON,
GLORIA JACKSON, HARRISON JACKSON,
HAZEL JACKSON, JAMES J. JACKSON,
JERRIKA JACKSON, JERRY L. JACKSON,

JOSIE JACKSON, KASEY JACKSON,
KENYON JACKSON, L. E. JACKSON, LEOLA
JACKSON, MITCHELL JACKSON, PATRICIA
W. JACKSON, REGINALD JACKSON,
RICKLYN JACKSON, RUSSELL JACKSON,
SANDRA JACKSON, SINOYA JACKSON,
THOMAS JACKSON, TINA JACKSON,
YOLANDA JACKSON, YOLANDA JACKSON,
YVONNE JACKSON, JONAS JACOB, EBONY
JAMES, GERREN JAMES, LATASHA JAMES,
NICOLE S. JAMES, CORION JARREAU,
LESLIE JARREAU, DEMECA JARRELL,
DESHANE JARRELL, EBONY JARRELL, JAZI
JARRELL, QUAIL JARRELL, SEAMONIA
JARRELL, SEAN JARRELL, SHAWN
JARRELL, TRAY-VON JARRELL, TREAMINE
JARRELL, ANGELA JARRETT, AVIS
JARRETT, LOUIS JARRETT, SR., LOUIS
JARRETT, JR., MARY JARRETT, ALFRED
JARVIS, CHERYL LYNN JARVIS, DAVID
JARVIS, DOROTHY JARVIS, ELIJAH JARVIS,
EMANUEL JARVIS, FARRAH JARVIS,
JAMES JARVIS, JERMAINE JARVIS,
JERMAINE JARVIS, JOYCE JARVIS,
KETISHALT JARVIS, KIZIA JARIS,
NORMANIQUE JARVIS, QUINTIN JARVIS,
ROBERT JARVIS, RONALD JARVIS, SIDNEY
LAVELL JARVIS, WILLIAM JARVIS, DANNY
JAVIUS, PATRICIA JAVIUS, DORIS
JEFFERSON, FLOYD JEFFERSON, KATRINIA
JEFFERSON, LAWRENCE JEFFERSON,
ASHLEY JENKINS, CAROLYN JENKINS,
GLINDA JENKINS, LATONYA JENKINS,
LEONA JENKINS, LORIENA JENKINS,
MICHAEL JENKINS, VERONICA JENKINS,
CLEMARD JENNINGS, LUCILLE JENNINGS,
ALEX JOHNSON, ANTHONY JOHNSON,
AUDREY JOHNSON, BONNIE JOHNSON,
BRANDON JOHNSON, BRANDON JOHNSON,
BRANDON JOHNSON, BRYANT JOHNSON,
CARDELL JOHNSON, CASSANDRA
JOHNSON, CEDRIC JOHNSON, CHARLES
JOHNSON, CHRISTOPHER JOHNSON,
CLARENCE JOHNSON, DAISY JOHNSON,
DAMION C. JOHNSON, DANIELLE
JOHNSON, DEMETRICE JOHNSON, DEXTER

JOHNSON, DWAYNE JOHNSON, EBONY
JOHNSON, EMANUEL JOHNSON, II,
EMMITT JOHNSON, JR., ESSIE JOHNSON,
EULA JOHNSON, EVERETTE JOHNSON,
EVERETTE JOHNSON, FLORIDA A.
JOHNSON, GEORGE JOHNSON, GLORIA
JOHNSON, HAROLD JOHNSON, HOLLY
JOHNSON, INGRID JOHNSON, JAMES
JOHNSON, JONAS JOHNSON, JOSEPH
JOHNSON, JR., JOSEPH JOHNSON, SR.,
JOSEPH JOHNSON, JOSHUA JOHNSON,
JOSLYN DANIELLE JOHNSON, JOYCE
JOHNSON, KASHANDA JOHNSON, KATE
JOHNSON, KEVIN JOHNSON, LATASHA
JOHNSON, LATORIA JOHNSON, LESLIE
JOHNSON, LILLIE LOUISE JOHNSON,
LINDA JOHNSON, LIZZIE JOHNSON, LOREN
JOHNSON, LORENZO JOHNSON, MARTHA
JOHNSON, MARY JOHNSON, MARY H.
JOHNSON, MARY ROGERS JOHNSON,
MAYBURRIS JOHNSON, MICHAEL
JOHNSON, MICHAEL JOHNSON, MITCHELL
JOHNSON, MITCHELL JOHNSON, MOSES
JOHNSON, NATASHA JOHNSON, NICOLE
JOHNSON, PAUL JOHNSON, RANDY
JOHNSON, REGINALD JOHNSON,
REGINALD JOHNSON, ROBERTHA
JOHNSON, ROSATINA JOHNSON, SAM
JOHNSON, SANDRA JOHNSTON, SHAMEKA
JOHNSON, SHELONDA JOHNSON,
SHRONDERLETE JOHNSON, STEVEN
JOHNSON, TAKEYSHA JOHNSON, TASHA
JOHNSON, TERRY SHERRIE JOHNSON,
THAILA JOHNSON, TROY JOHNSON,
TYISHA JOHNSON, TYLONTINA JOHNSON,
VELMA JOHNSON, VERNA JOHNSON,
VIOLA JOHNSON, WENDELL JOHNSON,
WILLIE MAE JOHNSON, ZONISHA
JOHNSON, ALPHA JONES, BERTHELLA B.
JONES, ELIZABETH JONES, GERALDINE
JONES, HERBERT JONES, SR., JENNIFER
JONES, JOHNNY JONES, IV, JOSEPH JONES,
JOYCE JONES, LAKEISHA JONES, LAKESHA
JONES, MARION JONES, MICHAEL JONES,
MILDRED JONES, MYLEKIA JONES,
PATRICIA JONES, RICHARD JONES,

SHAMEKIA JONES, SHARON JONES,
SHARONDA JONES, SHAWNDRIKIA JONES,
SHEDRICK JONES, STEVEN JONES,
TAMEKIA JONES, TONI JONES, VERNITA
JONES, WILLIAM JONES, YVONNE JONES,
BEN JOSEPH, BRANDON JOSEPH, CLARA
JOSEPH, DESIREE JOSEPH, FABIAN JOSEPH,
HELENA JOSEPH, JAMES L. JOSEPH, KEITH
JOSEPH, KELVIN JOSEPH, KENNETH
JOSEPH, MELISKA JOSEPH, SANCHEZ
JOSEPH, DONALD JOUBERT, MARY
JOUBERT, ISADORE JUDSON, MARY
KAIGLER, ST. CLAIR KAIGLER, RONNIE
KATO, BENJAMIN KELLEY, JESSICA
KELLEY, NETTIE KELLEY, ALAN KELLY,
ANGELA KELLY, BARBARA KELLY,
HENRY KELLY, JR., HENRY KELLY,
PHILLIP KELLY, VILRIA KELLY, BRIAN
ONEAL PATRICK KELSON, CHARLIE FAY
KELSON, CHRISTOPHER O. KELSON,
LOLITA KELSON, LORRI KELSON, TENICIA
KEMPER, CAROLYN KENNEDY, FELICIA
KENNEDY, JESSICA KENNEDY, ANTHONY
KENNEY, SARAH KENNY, VERA KIMBLE,
CAROL KINARD, AL KINCHEN, ANTHONY
KINCHEN, LINEOL KINCHEN, SHARYN
KINCHEN, TIMOTHY KINCHEN, VIOLA
KINCHEN, BETTY KING, CATINA KING,
CHARLES ELLA KING, JEROME KING,
JUSTIN KING, KENDALL KING, ROBERT
KING, JR., SHANTELL KING, DONNA
KNIGHTEN, GLORIA KNIGHTEN, JASMINE
KNIGHTEN, LISA KNIGHTEN, JON
KORKOSZ, PEARL R. LADD, MARKELLE
LAGARDE, ANGELA LANDRY, CHRIS
LANDRY, COREY LANDRY, DOUGLAS
LANDRY, JACKIE LANDRY, JOSEPH
LANDRY, III, JOSEPH LANDRY, KENTDELL
LANDRY, KIMBERLY LANDRY, WANDA
LANDRY, DEBRA LANE, WILLIAM LANE
(DECEASED), BRANDON LANG, BRIAN
LANG, CLAUDIA LANG, EARNEST LANG,
JOSEPH LANG, MARY RILEY LANG,
RODNEY LANG, RYAN LANG, DETRA
LANGLEY, JADA LANGLEY, JUSILYN
LANGLEY, CHATTLEY LANUS, KEITHA

LANUS, LOIS MATTIE LANUS, TAMEKA
LANUS, EULA LATHAN, SHADA LATHAN,
DERICHARD LAVY, JAMES LAVY, SR.,
LASHONDA LAVY, JERRY LAWRENCE,
LERMORROW LAWRENCE, CAROLYN
LEBEUF, CHARLENE LEDET, LAQUANTA
LEDET, MICHELLE LEDET, PAUL LEDET,
TANYA LEDET, MILTON WAYNE LEDUFF,
JR., BRIDGETT LEE, COTY LEE, EVERLENA
LEE, JERRY DEAN LEE, JOSIE LEE, KENNY
LEE, LAQUITA LEE, MACK LEE, III, MACK
LEE, OTIS LEE, ROBERT LEE, RONALD LEE,
SHEBBY LEE, WALTER LEE, ALBERTA
LEGA (DECEASED), DAVID LEMON, GARY
G. LEMON, BETTY LENOIR, HOPE LENOIR,
BRENDA LEVY, PATRICH LEVY,
SHERINETTE LEVY, TAKEKYA LEVY,
TYIESHA LEVY, BETTY LEWIS, BILLY
LEWIS, BOBBY LEWIS, HELEN LEWIS,
KELVIN LEWIS, MARY LEWIS, MARY
PRECIOUS LEWIS, SAUNDRA LEWIS,
LEONARD LEY, LISA LIGGINS, BEATRICE
LILLY, MARY LILLY, SYLVIA LILLY,
WILBERT LILLY, ALVIN LINTON,
KENYETTA LINTON, JOSEPH LIVINGS,
NOLA LIVOUS, ERNESTINE LOCKETT,
GREGORY LOCKETT, AARON LONDON, JR.,
ARTHUR LONDON, CHRIS LONDON,
CHRISTOPHER LONDON, CORREY
LONDON, DARRELL LONDON, EBONY
LONDON, ELIZABETH LONDON, IECHIA
LONDON, JEFFERY LONDON, JERRY
LONDON, JERRY LONDON, JR., JOHN
ROSCOE LONDON, JOSHUA LONDON,
JUDITH LONDON, KARL ANTHONY
LONDON, LEROY LONDON, JR., MARY ANN
LONDON, MICHAEL LONDON, OLLIE
LONDON, ROSE LONDON, SHAKETA
LONDON, THOMACIANNA LONDON,
VICTORIA LONDON, VICTORIA LONDON,
WILLIE LONDON, JERRY LONDON
(DECEASED), SEDRICK D. LONG, EVELYN
LONGFORD, RAYMOND LOUIS, DIANA
MABARY, CARLETTE MACK, CARLOS
MACK, LAQUITA MACK, MARY MACK,
RHONDA MACK, WILBUR J. MACK,

WILFRED MACK, LAWRENCE MACKIE,
LEDELL MACIKE, JR., GETRUDE MADISON,
JEROME MADISON, JOYCE MAGITT,
RICHARD MAGITT, THEADORE MAGITT,
TREMAINE MAGITT, BERNADETTE MARS,
LARRY MARS, WILLIE MARS, BRYANT
MARSHALL, EDDIE MARSHALL, JAMES
MARSHALL, JR., JAMES MARSHALL, SR.,
TIARA MARSHALL, BRUQUILLE MARTIN,
JASMA MARTIN, TAMIKA MARTIN,
TIFFANY MARTIN, ANGELA MASON,
JOSEPH MASON, BERTHA MATEN,
DERRICK MATEN, MARY LEE MATEN,
DORIS MATTHEWS, EMANUEL
MATTHEWS, ETHEL MATTHEWS,
FLORENCE MATTHEWS, HENRY E.
MATTHEWS, IDA MATTHEWS, JAMES
MATTHEWS, JAMES E. MATTHEWS, JAMES
M. MATTHEWS, JOHN MATTHEWS,
LATONYA MATTHEWS, LINDA B.
MATTHEWS, MECHELYN MATTHEWS,
MOZELL MATTHEWS, NECO MATTHEWS,
TYRONE MATTHEWS, ADLEAN
MCCALOPE, ALFRED MCCALOPE, DONALD
MCCALOPE, JEFFEREY MCCALOPE, LARRY
MCCALOPE, NANCY MCCALOPE, SANDRA
MCCALOPE, JOHNNY MCCLAIN, SR.,
JOHNNY MCCLAIN, JR., ORENTIAL
MCCLAIN, VERA MCCLAIN, YSHAKA
MCCLAIN, DELORES MCCLAY, TERRY
LYNN MCCLAY, SONYIA MCCLENDON,
ALBERT MCCOY, ASHLEY MCCOY,
CAROLYN MCCOY, SHANA MCCRAY,
EMMA D. MCDOWELL, GUSSIE
MCDOWELL, LATRENDA MCDOWELL,
RASHI MCDOWELL, DELORES MCELWEE,
PRECIOUS MCELWEE, SARAH MCFADDEN,
DIANNE MARIE MCFARLAND, DARRELL
MCFOLLINS, ANNA MCKEVVER, COREY
MCKEVVER, JEREMY MCKINEY, JOANN
MCKINEY, TREMIKA MCKINLEY, DANITA
MCKNEELY, JANEETA MCKNEELY, JANICE
MCKNEELY, WANITA MCKNEELY,
WILFORD MCKNEELY, III, DOROTHY
MCKNIGHT, RICHARD MCKNIGHT,
TAMMY MCLIN, ALBERT J. MCNEELY,

DERRICK MCNEELY, PATSY MCNEELY,
QUINNITA MCNEELY, MARTELLE MCPIPE,
MAURICE MCPIPE, SHONTELE MCPIPE,
UNBORN CHILD MEARIDAY, TANGINICA
MEEKS, DESI MEELY, JR., JOE MEYER,
LARRY MEYERS, BRANDON MILES,
GREGORY MILES, LEKESHIA MILES,
LILLIAN MILES, ANTOINETTE MILLER,
CYNTHIA MILLER, DONNA MILLER, JOEL
MILLER, JOSEPH MILLER, KENNETH
MILLER, MAXINE MILLER, MICHAEL
MILLER, SHANNON MILLER, WALTER
(DECEASED) MILLER, DIANE MILLS,
WANKITA MILLS, WINNIE MILLS,
ABRAHAM MINGO, ANGELA MITCHELL,
BERNADINE MITCHELL, CHRISTOPHER
MITCHELL, EARL MITCHELL, GERALD
STERLING MITCHELL, JR., KENNETH
MITCHELL, EARL MITHCELLE, JR.,
BRANDON MONTGOMERY, MARY
MONTGOMERY, ALENA MICHELLE
MOORE, BRUCE MOORE, CYNTHIA
MOORE, DENISE MOORE, ERIC MOORE,
JACQUELINE D. MOORE, JANICE ELAINE
MOORE, JESSIE MOORE, KAREN MOORE,
KATARA MOORE, LASHUNDA MOORE,
LATASHA MOORE, MARY MOORE, MARY
MOORE, PHYLLIS MOORE, SHAWANNA N.
MOORE, SHONNIKA TERRELL MOORE,
TOMEK SHANTEL MOORE, TOONEEKA
MOORE, DONALD MORA, RICHARD
MORAN, SAM MORAN, SAMANTHA
MORAN, SHIRLEY (DECEASED) MORAN,
APOLLO MORGAN, BEVERLY MORGAN,
BRANDON MORGAN, CHRISTOPHER
MORGAN, DAMON C. MORGAN, DANIEL
MORGAN, DANIEL TROYDELL MORGAN,
JENNIFER MORGAN, ROBERT MORGAN,
MARTHA MORRIS, MICHAEL MORRIS,
WHITNEY MORRIS, CARLA MORRISIN,
DELISA MORRISIN, JARRED MORRISON,
OSCAR MOSES, GREGORY MULKEY, CECIL
MULLINS, CECIL MULLINS, JR., CLINTON
MURRAY, GLENDA MURRAY, WYNTER
MURRAY, ASHLEY MUSE, DONNA MYERS,
KEONA MYERS, REENA MYERS, CEDRIC T.

MYLES, HATTIE MYLES, KENDRICK
MYLES, KIMBERLY MYLES, THOMAS
MYLES, CATHY NEAL, CLARENCE F. NEAL,
ENEKA NEAL, ALEXANDER NELSON,
GEORGE NELSON, FRANK NELSON
(DECEASED), DARRELL NETTER,
DIONNESHA NETTER, SUSIE NETTER,
BENNIE NETTLES, ELSIE NETTLES,
JACQUELINE NETTLES, VASHT NETTLES,
CALVIN NEVELS, JR., HEATHER NEVELS,
LANCE NEVELS, SARAH NEVELS, DAVID
NEWTON, HERMAN NICHOLAS, TENISHA
NICHOLAS, TONJUA R. NICHOLAS,
DONALD NICKLESON, CAROLINE NIXON,
CEOLA NOLAN, CLARENCE NOLAN,
ANGELA NORMAN, COREY NORMAN,
KOURTNEY NORMAN, SHERRI NORMAN,
VANETTRA NORMAN, DEMOND NORRIS,
EREN NORRIS, ERICA NORRIS, KEESHA
NORRIS, ROOSEVELT NORWOOD, ARNOLD
O'CONNER, JR., JARVIS O'CONNER,
LAKITA O'CONNER, MARY VIRGINIA
O'CONNOR, PATRICIA O'CONNOR, PAUL
DE ANDRE' O'CONNOR, EDDIE ORANGE,
SR., ESSIE ORANGE, FREDRICK ORANGE,
KEISHA ORANGE, MELVIN ORANGE,
RANDY ORANGE, RECARDO ORANGE,
SHARON ORANGE, MICHAEL ORTIS,
ROSALINE OSU, DEMETRICE OTEN, DEVIN
OTEN, BARBARA OVERSTREET, RONALD
OVERSTREET, DORA OXLEY, REGINALD
OXLEY, ALLEN PARKER, ANITRA D.
PARKER, BARBARA PARKER, BARBARA B.
PARKER, BEVERLY PARKER, BRUCE
WAYNE PARKER, JR., CAROLYN PARKER,
CHERIKA PARKER, CORINE PARKER,
DEBORAH PARKER, DEBRA S. PARKER,
DELARGE PARKER, DONNY PARKER,
ELAINE PARKER, ELIJAH PARKER, ELLA
PARKER, HENRY PARKER, JR., HENRY SAM
PARKER, JANIE PARKER, MARY PARKER,
MELVIN PARKER, JR., SHAMEEKA R.
PARKER, SHARLOTTE PARKER, TONY
PARKER, VANESSA PARKER, VELMA
PARKER, ALICE PATE, BOBBY PATE,
CIERRA PATE, ELIZABETH PATE,

FRANCISE PATE, JENNIFER PATE, JOSEPH
PATE, JOSHUA PATE, LARRY PATE,
MARTHA PATE, MICHELLE PATE,
SHAVONNE PATE, COREY PATTERSON,
MARK PATTERSON, SEDRIC PATTERSON,
CARLOS PATTON, CHARLES PATTON,
DERRICK PATTON, LORETTA PATTON,
LORRAINE PATTON, MICHAEL PATTON,
MONICA PATTON, KISHA PAUL, MICHAEL
PAUL, VERONICA PAUL, DELORES PAYNE,
DERRICK PAYNE, DESMOND PAYNE,
GLORIA D. PAYNE, LATONYA PAYNE,
LAWRENCE PAYNE, JR., LAWRENCE
PAYNE, SR., LONNIE PAYNE, RANDY
PAYNE, STEPHANIE PAYNE, JULYAN
PAYNES, KENNETH RAY PAYNES, MELVIN
PAYNES, QUINTESSA PAYNES, ROLAND
PAYNES, FELTON PAYTON, JR., HARRISON
PAYTON, LINDA PAYTON, ROCHELLE
PEARSON, ROOSEVELT PEARSON, JR.,
ROSALIE PEARSON, ROSHENDA PEARSON,
BETTY PENNY, CORNELL PENNY,
MICHAEL W. PENNY, RAYFORD PENNY N,
SYDNEY PENNY E, TIMMY B. PENNY,
CHRISTOPHER CECIL PERKINS, DAVID
PERKINS, DELLA D. PERKINS, EDWARD
PERKINS, HENRY PERKINS, LAMOND
PERKINS, LIZZIE PERKINS, LUCILLE
HAWKINS PERKINS, MYRON PERKINS,
QUENTIN PERKINS, JOHNATHAN PERRY,
LEROY PERRY, JR., SHIRLEY PERRY,
SHANDRIA PETERS, ALICIA PHILLIPS,
ALVIN PHILLIPS, ANTHONY PHILLIPS,
AUDREY PHILLIPS, FREDDIE PHILLIPS, SR.,
JANICE PHILLIPS, JERRY L. PHILLIPS, JR.,
LARRY PIERRE, ANSEL PIPER, PRISCILLA
PIPER A, RITA PIPER, RUTUS PIPER,
TAMIKA PIPER W, CAROL PITTS, CARRIE
PITTS, CLYDELL PITTS, SR., ELNORA
PITTS, JAMIE PITTS, ROBERT PITTS, III,
ROBERT PITTS, JR., TERRELL PITTS,
ANTHONY PLAINS, AMANDA PLUMMER,
CHANDA PLUMMER, CHRISTY PLUMMER,
CYNTHIA PLUMMER, DOLORES PLUMMER,
JOE PLUMMER, JR., ROBERT POLK, GLORIA
POOLE, MELVIN PORTER, JR., OSCAR

PORTER, JR., BEAUNKA POWELL,
BEVERLY POWELL, BRENDA POWELL,
CARLOS POWELL, DARYL POWELL,
DEMETRIUS POWELL, JENNIFER POWELL,
KEITH POWELL, KIMBERLY POWELL,
SUSIE POWELL, THERESA POWELL, WILLIE
POWELL, ROBERT PREJEAEN, COWANDA
PRICE, SANDRA PRICE, SONYA PRICE,
LATISHA M. PRIDGETT, VELMA L.
PRIDGETT, CEDDRIC PROFIT, IVORY
PROFIT, SALENTHIA PROFIT, TINA PROFIT,
WILLIE B. PROFIT, BRENDA PROVOST,
DAISY MAE PURSLEY, CASSIUS A. QUIETT,
DEON QUIETT, DORIS QUIETT, LATESHA
QUIETT, YOLANDA QUIETT, YVONNE
QUIETT, WAYNE QUINN, HERMAN F.
RABY, OLA RABY, CAROLYN RANKINS,
ANGELA RANSOM, DEBRA RANSOM,
ELESTER RANSOM, KARA RANSOM, NOEL
RANSOM, ROBERT RAY, SHIRLEY RAY,
RODNEY RAYFORD, MARISS READO,
VERLEE READO, BONNIE REED, CIEARA
REED, GREGORY REED, IRIS REED,
JOSHUA REED, LUNA REED, NORMA REED,
PATRICIA REED, SHAUNICE WILSON
RHEAMS, TERRY WILSON RHEAMS, ERIE
RICHARD, CHRISTINIA RICHARDSON,
JOYCE BANKS RICHARDSON, DAFNEY
RICKS, MATTHEW RIDLEY, ROSIA LEE
RIDLEY, ALCEE RILEY, CYNTHIA RILEY,
JEFFERY RILEY, MONTRELL RILEY,
SHANTILL RILEY, TARVIS RILEY, VIVIAN
RILEY, MARTINA RINGO, BRENDA ROACH,
JAMES ROACH, LATONYA ROACH,
NIEKIEL ROBERSON, SHANNON
ROBERSON, CAROLYN ROBERT, JULIAN
ROBERT, HUEY ROBERTS, LAKEITHA
ROBERTS, LATOYA ROBERTS, ODIS
ROBERTS, SHIRLEY ROBERTS, DARRON
ROBERTSON, DEDRICK ROBERTSON, ELSIE
L. ROBERTSON, GERALDINE ROBERTSON,
JOHNELLE ROBERTSON, MARY
ROBERTSON, NELDA ROBERTSON,
SHARITA L. ROBERTSON, TRENA
ROBERTSON, CARL ROBINS, CARLA
ROBINS, TARRELL ROBINS, WILMA

ROBINS, ANNETTE ROBINSON, BERTHA F.
ROBINSON, CALVIN ROBINSON, CARLA
ROBINSON, CARMELITA ROBINSON,
CHARLIE ROBINSON, COSTELLO
ROBINSON, CURTIS ROBINSON, DAVID
ROBINSON, GERARD ROBINSON, JOHN
ROBINSON, KENDRICK ROBINSON,
LATOYA ROBINSON, LEATHA ROBINSON,
MADDIE WILLIAMS ROBINSON, MICHAEL
W. ROBINSON, JR., MICHEALENA
ROBINSON, RINATA ROBINSON, RITA
ROBINSON, TOMMY L. ROBINSON, ANDRE
RODDY, MARVIN RODDY, MONICA
NELSON RODDY, NATHANIEL RODDY,
OPHELIA BROOKS RODDY, QUINCY
RODDY, ROMINE RODDY, SIRRAND
RODDY, TYREE RODDY, WILLIAM RODDY,
JR., CHRIS ROGER, BETTY ROGERS, BETTY
ROGERS, BOBBY ROGERS, CHANTEL
ROGERS, CHARLOTTE ROGERS, DELINDA
ROGERS, DORA ROGERS, FAYE L. ROGERS,
GERALD ROGERS, JIMMIE ROGERS,
JOSEPH ROGERS, JR., LATONYA ROGERS,
LEONARD ROGERS, LEROY ROGERS,
LINDA M. ROGERS, MARY G. ROGERS,
RESHONDA ROGERS, TRAMAINE ROGERS,
UNBORN ROGERS, ANNIE ROSE, DANIELLE
ROSS, GWENDOLYN ROSS, JOHNATHAN
ROSS, JULIA ROSS, MALCOM ROSS,
MORLETTA ROSS, QUENCIA ROSS,
TIEQUENCIA ROSS, SHAWANNA ROWE,
DEBORAH ROWLEY, JAMES ROWLEY,
JOSHUA ROWLEY, MATTHEW ROWLEY,
AGNES ROYAL, CAROLYN ROYAL, JOSEPH
ROYAL, LASHERRIE ROYAL, LAWANDA
ROYAL, MICHAEL RORYAL, JASON
RUCKER, JR., AVISE SAMPSON, DAVID
SAMPSON, DEDRICK SAMPSON,
LAWRENCE SAMPSON, MAUDE SAMPSON,
PAUL SAMPSON, ELLEN L. SANDERS,
GLADDEN SANDERS, JAMES G. SANDERS,
JEREMY J. SANDERS, MICHELLE L.
SANDERS, LEO SANFIE, RONNIE SANFIE,
AARON SANFORD, CLIFFORD SANFORD,
JEREMY SAYLOR, RAY SAYLOR, RONNIE
SAYLOR, ALFRED SCOTT, JR., ARLANDA

SCOTT, BELINDA SCOTT, BURNELL SCOTT,
CHIQUITA SCOTT, CLEVELAND SCOTT, JR.,
CYNTHIA ALLEN SCOTT, DONALD RAY
SCOTT, JR., GLADYS SCOTT, JEANETTA
SCOTT, KEIDRA DESHAWN SCOTT,
LAWRENCE SCOTT, MALIK SCOTT,
MARDIA SCOTT, MARIE SCOTT, MARTHA
SCOTT, SIDNEY SCOTT, JR., SUSIE SCOTT,
TERRICAL LASHAWN SCOTT, THOMAS
SCOTT, JR., TRANDRA SCOTT, ALLEN
SEALES, MARIAN SEALES, CHRISTOPHER
SEALS, DEBORAH SEALS, DERRICK SEALS,
HOWARD SEALS, LETISHA SEALS, TAUNA
SEALS, TIFFANY SEALS, YOLANDA SEALS,
MARGARET SELDERS, RANDY SELDERS,
TYRONE SELDERS, VALARIE FAYE
SELDERS, KIANA SELF, LAKENDRICK
SELF, BENNIE SELVAGE, CHARLES E.
SELVAGE, CHARLES R. SELVAGE, DEBRA
SELVAGE, TONYA E. SELVAGE, LAURA
SEMIEN, VANTASHIA SEMIEN, BRIDGETTE
R. SERIALE, HANIYYAH SHABAZZ,
NADIRAH (ELAINE) SHABASS, NADIRAH H.
SHABAZZ, HERNY SHARPER, III,
KHALILAH SHED, WILLIE SHELMIRE,
JOHNATHAN SHEPERD, NADINE
SHEPHERD, TONISHA SHEPHERD, STACY
SHEPPARD, LILLIE MAE SHIELDS, PHILLIP
R. SHIELDS, JR., PHILLIP R. SHIELDS, SR.,
VONJA SHIELDS-FLEET, ANITA SIMMONS,
JANYCA SIMMONS, KEISHA SIMMONS,
KENDALL SIMMONS, NELLIE SIMMONS,
PATRICIA SIMMONS, SEAN SIMMONS,
WILLENE SIMMONS, TERRENCE L. SIMMS,
LAJARRIC SIMS, WILLIE SIMS, JR., JOHN
SINGLER, AMESHA SINGLETON, ANTHONY
SINGLETON, COREY SINGLETON, EDDIE
SINGLETON, MARTHA SINGLETON, MRS.
WILLIAM ? SINGLETON, TAKETHAIA
SINGLETON, WILLETTE SINGLETON,
WILLIAM SINGLETON, III, WILLIAM
SINGLETON, GAIL SMALL, KENDRICK D.
SMART, LILLIE BELL SMART, ALBERT
SMITH, ANTOINE DEMOND SMITH,
ARLINGTON RENE SMITH, BRANDON
SMITH, CALVIN SMITH, CHARISMA SMITH,

CHARITY SMITH, CHARLOTE H. SMITH,
CHASITY SMITH, CHASITY DANELLE
SMITH, CHRISTINA SMITH, CHRISTOPHER
DAWAYNE SMITH, DERRICK SMITH,
DONALD SMITH, EMMA SMITH, FRED
SMITH, GEORGE SMITH, JANICE SMITH,
JEAN SMITH, JEAN SMITH, JOHN L. SMITH,
JR., JOHNNIE RUTH SMITH, JUANITA
SMITH, KAYLA SMITH, KIMBERLY SMITH,
KIZZIE SMITH, LISA SMITH, MYRTLE MAE
SMITH, RAY ANTHONY SMITH, ROBERT
SMITH, ROY ELDRIDGE SMITH, SHANNON
SMITH, SHELLEY SMITH, TERELL SMITH,
TODD SMITH, WILBERT SMITH, WILLIAM
HENRY SMITH, CHARLEY RAY SNOWDEN,
DEBRAH SNOWDEN, OSCAR SNOWDEN,
TODD SNOWDEN, DAVID SPEARS, EVON B.
SPEARS, JANICE M. SPEARS, JOHNATHAN
D. SPEARS, JOHNNY SPEARS, LARRY
SPEARS, TOMEKA R. SPEARS, RICHARD
SPOONER, III, SHANTELL SPOONER, CIERA
SPRINGER, DARRIEL SPRINGER, VERSON
(DECEASED) SPRINGER, JOYCE SPRUEL,
LINDA SPURLOCK, TERRY SPURLOCK,
MARION ST. AMANT, DENA M. STARKS,
JAMES B. STARKS, III, CAROLYN STELLY,
CURTIS STELLY, NATHANIEL STEPTER,
ULETTA STEPTER, CHRISTINA M.
STERLING, CHRISTOPHER M. STERLING,
DERRICK STERLING, EDWARD STERLING,
ROBERT STERLING, ERNEST STEUART, JR.,
ERNEST STEUART, III, JOCELYN M.
STEUART, KELLY STEUART, TERESA
STEUART, CARLETHA N. STEWART,
DANTE' STEWART, FRANK STEWART,
JAYLEN SCOTT STEWART, JEANETTE
STEWART, JEREMY STEWART, JOSEPH
STEWART, KIMBERLY R. STEWART,
LALRICE STEWART, LENA STEWART,
LILLIE D. STEWART, LISA STEWART, LIZ
STEWART, NATASHA STEWART, ROBERT
STEWART, RODNEY STEWART, TIMOTHY
STEWART, ASHLEY STONE, DONNELL
SULLIVAN, ANGELA SUMPTON, BARBARA
SUMPTON, DEDRICK SUMPTON,
LAMONICA SUMPTON, MILDRED

SUMPTON, WILLIAM SWANSON, FRED
TALBERT, GREGORY TALBERT, JACKIE
TALBERT, JENNIFER TALBERT, PAULETTE
TALBERT, TINNIE TALBERT, TINNIE
TALBERT, HASSAN TASKER, ZAKIYA
TASKER, ZENORIA TASKER, ANNIE TATE,
BARBARA TATE, BRIAN TATE, HENRY
TATE, JAMES TATE, JOHNNY TATE,
JOSHUA TATE, KENDRICK TATE,
STEPHANIE TATE, TITOASHTON TATE,
TOMEKA L. TATE, TORLONZO TATE,
ALLEN J. TAYLOR, ANGELA M. TAYLOR,
ANTOINETTE TAYLOR, CLARA M.
TAYLOR, DELARRYLO TAYLOR,
GERTRUDE TAYLOR, IVORY TAYLOR,
LARRY D. TAYLOR, LATONTA TAYLOR,
LINDA TAYLOR, LISA TAYLOR, MARY
TAYLOR, MAUDE TAYLOR, MONICA
TAYLOR, SHARONDA TAYLOR, SHAWANA
TAYLOR, TERRI TAYLOR, RAY TENNART,
JERRIE PERKINS THIBODEAUX,
ANGINETTE T HOMAS, ANTHONY
THOMAS, APRIL THOMAS, BOBBY
THOMAS, CANDICE THOMAS, FRAN
THOMAS, HOUSTON THOMAS, SR., IRMA
THOMAS, IVORY LEE THOMAS,
JACQUELINE THOMAS, JANICE THOMAS,
JESSE THOMAS, SR., JESSE THOMAS, JR.,
JESSIE THOMAS, JOHN L. THOMAS, KAREN
THOMAS, LATASHA THOMAS, LAURENT
THOMAS, JR., LEON THOMAS, LERON
THOMAS, LESLEY THOMAS, LINDA G.
THOMAS, MALINDA A. THOMAS,
MATRISHA THOMAS, ONETA THOMAS,
ORAY LEE THOMAS, PAULETTE THOMAS,
RACHEL THOMAS, RICKY THOMAS,
ROBERT THOMAS, ROGER THOMAS,
SARAH THOMAS, SHAWANDA THOMAS,
TIFFANY THOMAS, TRASHAWN L.
THOMAS, TRAVIS THOMAS, WILLIAM
THOMAS, SR., CHRISTINE THOMPSON,
DAMION THOMPSON, DANA THOMPSON,
DARREL THOMPSON, ISIAHA THOMPSON,
J. L. THOMPSON, JERAMINE THOMPSON,
JOSHUA THOMPSON, JUDY THOMPSON,
LEE A. THOMPSON, MONCHELE

THOMPSON, NORTHERN THOMPSON,
PAMELA THOMPSON, PATRICIA
THOMPSON, ROOSEVELT THOMPSON,
SHARON A. THOMPSON, TOYE THOMPSON,
ANTHONY THORNTON, CLASSIE
THORNTON, GEORGE THORNTON,
SHANTA THORNTON, VICTORIA
THORNTON, BEVERLY THRASHER,
COURTNEY THRASHER, LAMOND
THRASHER, MARY THRASHER, PAUL
THRASHER, DART S. THURMAN, BARBARA
JEAN TILLOTSON, GERARD TILLOTSON,
KADRICA TILLOTSON, KANETRA
TILLOTSON, KEISIER TILLOTSON,
CAMETRIA TOBIAS, DOMES ? TOFILE,
TROY TOLLIVER, KHRISTY TONY,
VANESSA TRASK, ARLENE TROTTER,
GEORGE TUCKER, MAGGIE TUCKER,
TAMMY TUCKER, CHARLENE M. TURNER,
CHRISTY TURNER, DEMOND TURNER,
DONALD TURNER, DONALD TURNER, JR.,
DONALD TURNER, SR., DONAVON
TURNER, FELICIA TURNER, KEITH
TURNER, KENNETH TURNER, OLIVER
TURNER, PAUL W. TURNER, SCHRORN
TURNER, STEWART TURNER, JR.,
TAMARIA TURNER, CYNTHIA H. TURNER
WESSINGER, CAROLYN TYLER, LUCILLE
TYLER, JACQUELINE UWILLIAMS,
ALPHONSE VALLERY, DAMIENE VARICE,
REGINALD VARICE, UNBORN BABY
VERDIN, RYAN VERRET, SHELIA M.
CHUSTZ VERRET, STEPHANIE VERRET,
BRODERIC VESSEL, JEFFERY VESSEL,
KELLY VESSEL, KENDRA VESSEL,
KENDRICK VESSEL, ROSA LEE VESSEL,
SHALONDA VESSEL, WILLIAM VESSEL
(DECEASED), AMANDA VESSEL, ANGIE
VESSELL, CHAEZ VESSELL, LAURA
VESSELL, SHANDRON VESSELL, TERRY
VESSELL, TOMEKIA VESSELL, GERALDINE
VICTORIAN, JAMES VICTORIAN, LOIS
VICTORIAN, JUDITH VIDRINE, MARGARET
VIDRINE, ROBERT VIDRINE, BUNNITINE
WALKER, CYNTHIA WALKERL, CYNTHIA
WALKER, DISHA WALKER, ELMO

WALKER, ERNEST WALKER, JR., ERNEST
WALKER, ERNEST G. WALKER, FRED
WALKER, IRENE WALKER, ISSAC
WALKER, JAMES WALKER, JAMES
WALKER, JOSEPH WALKER, OCTAVIA
WALKER, SHIRLEY WALKER, TOMIKA
WALKER, WILLIE TYRONE WALKER, III,
BRANDON WALLACE, BRENDA WALLACE,
EBONY WALLACE, HERBERT LEE
WALLACE, JR., JACQUELINE WALLACE,
KELLIE WALLACE, LEE WALLACE, OLIVER
WALLACE, JR., ORLANDO WALLACE,
PHILLIP WALLACE, PRECIOUS WALLACE,
TERRENCE WALLACE, WILLIAM
WALLACE, EDGAR WALLS, NATHANIEL
WALLS, RAY FIELD WALLS, RICHARD
(DECEASED) WALLS, JR., RICKEY WALLS,
WILBERT WALLS (DECEASED), BETTY
WARD, KIMONIECE WARD, ARTHUR
WARE, VIVIAN WARE, CARROL G.
WARNER, FREDRICK LAMONT WARNER,
DELEVIAN WARREN, DONALD RAY
WARREN, ELTON WARREN, ETHELDON
WARREN, BAPTISTA WASHINGTON, BETH
WASHINGTON, CRYSTAL WASHINGTON,
DAMEON DAMOND WASHINGTON,
DESMOND WASHINGTON, ELAINE
WASHINGTON, ELZY WASHINGTON,
GLORIA (DECEASED) WASHINGTON,
JOHNATHAN WASHINGTON, JOSEPHINE
WASHINGTON, KANETHIA WASHINGTON,
LANDRY M. WASHINGTON, LATOYA
WASHINGTON, LEE EDWARD
WASHINGTON, MARQUITA WASHINGTON,
MARY WASHINGTON, MATTIE
WASHINGTON, MONIQUE WASHINGTON,
ROSA LEE WASHINGTON, SHAWN
WASHINGTON, STEHFON LARMONT
WASHINGTON, TRICELLA MINENA
WASHINGTON, TROY ANTHONY
WASHINGTON, TYRIANNA WASHINGTON,
WILLIE WASHINGTON, ZERICK WAYNE
WASHINGTON, LUCILLE WASHINGTON,
BETTY WATKINS, CRAWFORD WATKINS,
DESHELL WATKINS, JANICE WATKINS,
JEROME WATKINS, JIMMY WATKINS,

MARARET WATKINS, RICKEY WATKINS,
WILLIE WATKINS, ALFREDA WATSON,
ALVIN WATSON, BRENDA WATSON,
BUFFORD WATSON, DENITA WATSON,
IRMA C. WATSON, MARK WATSON,
NORMA L. WATSON, ARANIA WEBB,
AUDREY M. WEBB, LE QUENTINE WEBB,
CHERYL L. WEBER, HERBERT WEBER,
LILLIE MAE WEBER, MICHAEL E. WEBER,
MICHELLE S. WEBER, TYECHIA RACHELLE
WEBER, EARNESTINE WELLINGTON,
MARVIN WELLS, SAMANTHA WELLS,
SHANELL WELLS, TEMEKA WELLS, NOAH
WESSINGER, III, ALICE WEST, DIANA
WHEELER, THORA WHELLER, AARON
WHITE, ADAM WH ITE, ASHLEY WHITE,
BENIA WHITE, BERNICE WHITE, BRENDA
WHITE, CARLESHIA WHITE, CARLETTE
WHITE, CAROLYN WHITE, CLAUDIT
WHITE, DEVORSHA WHITE, DORETHA
GREEN WHITE, ERIC O. WHITE, ERNESTINE
WHITE, JASON WHITE, LATASHA WHITE,
LONNIE WHITE, JR., SH'RHELE WHITE,
SHERITHA WHITE, SHIKITIA WHITE,
STANLEY (DECEASED) WHITE, TEQUILLA
WHITE, TROY WHITE, W. H. WHITE,
WELEYTA WHITE, DARRYL WHITFIELD,
DAVID WHITFIELD, ERIC WHITFIELD,
FAVERON WHITFIELD, JAMES WHITFIELD,
JOSHUA WHITFIELD, JUNICKOL
WHITFIELD, JUSTIN WHITFIELD,
KIMBERLY WHITFIELD, REGINA
WHITFIELD, STACEY WHITFIELD, CRISTON
WHITMORE, BARBARA D. WHITTINGTON,
KANDRA WHITTINGTON, KENYA
WHITTINGTON, CHAQUITA WICKS, SUSAN
WICKS, VAN ROY WICKS, A'LANA
WIGGINS, LEE ANN WIGGINS, PRINCESS
A'LURA WIGGINS, GAREANE WILLIAMS,
DOMINICK WILKINS, RODNEY WILKINS,
TERELL WILKINS, TERRANCE WILKINS,
GWENDOLYN WILLIAM, ADAM WILLIAMS,
ALFRED WILLIAMS, ALICE WILLIAMS,
ANDREW WILLIAMS, III, BERNADINE
WILLIAMS, BERNARD WILLIAMS, JR.,
BRENDA WILLIAMS, BRENDA WILLIAMS,

BRIDGET WILLIAMS, BRITTNEY
WILLIAMS, BRYMAN WILLIAMS, CARIESA
WILLIAMS, CARL M. WILLIAMS, JR.,
CARRIE WILLIAMS, CEBERA WILLIAMS,
CH RISTINA WILLIAMS, COLIN WILLIAMS,
COREY WILLIAMS, DALLAS WILLIAMS,
SR., DAMIAN WILLIAMS, DANIEL
WILLIAMS, DAROLYN WILLIAMS, DEBRA
WILLIAMS, DONALD WILLIAMS, EARNEST
WILLIAMS, EDDIE WILLIAMS, EDGAR
WILLIAMS, ELLA M. WILLIAMS, ERIKA
WILLIAMS, EUGENE WILLIAMS, EVELYN
WILLIAMS, GERALDINE WILLIAMS,
GLORIA WILLIAMS, GREGORY WILLIAMS,
GWENDOLYN WILLIAMS, JAMES
WILLIAMS, JAMES LEE WILLIAMS,
JEREMY WILLIAMS, JESSICA TENISE
WILLIAMS, JESSIE LEE WILLIAMS, JESSIE
LEE WILLIAMS, JR., JESSIMIN GENISE
WILLIAMS, JEWEL WILLIAMS, JOANNE
TURNER WILLIAMS, JOHN WILLIAMS,
KANUSHA WILLIAMS, KAREN WILLIAMS,
KATIE WILLIAMS, KEAYNO WILLIAMS,
KEITH MCARTHUR WILLIAMS, KELDRICK
WILLIAMS, KELVIN WILLIAMS, KELVIN
TERRELL WILLIAMS, KENNY WILLIAMS,
KLINE WILLIAMS, KOLANDE WILLIAMS,
KOREY WILLIAMS, KYLE WILLIAMS,
LARRY WILLIAMS, LEO WILLIAMS, LESIA
WILLIAMS, LINDA JOYCE WILLIAMS,
LIZZSET WILLIAMS, LOUVENIA
WILLIAMS, MACK A. WILLIAMS, SR.,
MAMIE WILLIAMS, MARCUS WILLIAMS,
MARILYN WILLIAMS, MARY JANE
WILLIAMS, MICAH WILLIAMS, MICHAEL
WILLIAMS, MITON WILLIAMS, MONIQUA
WILLIAMS, MONTRENETTE WILLIAMS,
MYESHA WILLIAMSM, PAMELA
WILLIAMS, PASSION WILLIAMS,
PLEASANT WILLIAMS, QUIENTELLA
WILLIAMS, QUINTELLA WILLIAMS,
RACHEL WILLIAMS, RAYMOND
WILLIAMS, SR., REBECCA WILLIAMS,
RICHARD WILLIAMS, ROBERT WILLIAMS,
ROBERTINE WILLIAMS, RODERICK
WILLIAMS, ROSALIND WILLIAMS,

ROSETTA WILLIAMS, SELYNTHIA
WILLIAMS, SHANNON WILLIAMS, SHAWN
WILLIAMS, SHESREE WILLIAMS, SYLIVIAN
WILLIAMS, TAMMY WILLIAMS, TEQUILA
WILLIAMS, THERESA WILLIAMS,
TRAMELLE DION WILLIAMS, TRAVIS
GORDON WILLIAMS, UNBORN WILLIAMS,
VANESSA WILLIAMS, VIVIAN WILLIAMS,
WESTLEY WILLIAMS, WILBERT
WILLIAMS, WILLIE WILLIAMS, RONNIE
WILLICE, ALICE WILSON, ATHERIN
WILSON, BETTY WILSON, BETTY WILSON,
BRANDON WILSON, BRITTANY WILSON,
CHRISTOPHER WILSON, DEIRDRA WILSON,
DIONNE WILSON, GERALDINE WILSON,
HENRY WILSON, JR., JACQUELINE
WILSON, JAMES WILSON, JOSHUA
WILSON, KANBRIELLE WILSON, KANDRIA
WILSON, KENT WILSON, KIMBERLY
WILSON, KUNESHIA WILSON, LARRY
WILSON, JR., LARRY WILSON, LATOYA
WILSON, LAUREN WILSON, LAURENCE
WILSON, LESIA LYNETTE WILSON,
MICHAEL WILSON, SR., MICHAEL WILSON,
JR., MICHAEL WILSON, NEDRA WILSON,
OWEN WILSON, PAUL WILSON, PERRY
WILSON, ROSALYN WILSON, ROSALYN C.
WILSON, SANTAWN LEE WILSON, SARAH
WILSON, SHEENA WILSON, SHONTELL
WILSON, TERRIE WILSON, TERRY WILSON,
VEONKA WILSON, DEVONNE S. WINBUSH,
OLEAVIA WINBUSH, RICHARD WINBUSH,
BERNADETTE WINCHESTER, BRITTANY
WINCHESTER, CARLISHA WINCHESTER,
CHARLESTON WINCHESTER, DONALD
WINCHESTER, DOROTHY M. WINCHESTER,
JOSHUA WINCHESTER, PORSHA
WINCHESTER, DERRICK J. WINEY, DORIS
WINFREY, MARCUS WINFREY, MARLON
WINFREY, MICHAEL WINFREY, SR.,
MICHAEL WINFREY, JR., ANTWINE WINNS,
DONALD WINNS, ASHLEY WINTERS,
CAROLYN WINTERS, EDNA
WITHERSPOON, LEKELIA WOODFOLK,
WILLIAM WOODFOLK, FRANK
WOODRUCE, ALBERT WOODS, BARBARA

WOODS, LATASHA WOODS, LENDRA
WOODS, LLOYD WOODS, LLOYD WOODS,
JR., SHANDELL WOODS, TAHISHA WOODS,
TAMIKA WOODS, ORA LEE WOOLFOLK,
DEVIONNE WREN, EDELTRESS WREN,
CHRISTINE WRIGHT, EXCELL WRIGHT,
HERMAN WRIGHT, JUNIOR WRIGHT,
KERSHUNDALA WRIGHT, KEVIN WRIGHT,
LEANER WRIGHT, LILLIE WRIGHT,
MARQUES WRIGHT, NEDRA D. WRIGHT,
STERLING WRIGHT, SR., TICCARRA
WRIGHT, TINA WRIGHT, TOYA WRIGHT,
VALERIE WRIGHT, YVETTE WRIGHT,
MARVIN K. YORK, ALELINE YOUNG, AMY
YOUNG, APRIL YOUNG, ASHLEY YOUNG,
BRYANT YOUNG, CYNTHIA YOUNG,
CYNTHIA W. YOUNG, EDWARD YOUNG,
JR., ERIC YOUNG, FREDERICK (DECEASED)
YOUNG, JOE LOUIS YOUNG, JONATHAN
YOUNG, KARAM YOUNG, KIMBERLY
TRIPLET YOUNG, LOUIS A. YOUNG,
PATRICIA C. YOUNG, RAMON YOUNG,
SAMUEL YOUNG, SANTOIN LEE YOUNG,
SHIRLEY YOUNG, STELLA YOUNG,
TERESA CARA YOUNG, J. A. C. ZENO,
SHEILA ZENO, CINDERELLA BAILEY,
JOSEPH BAILEY, LAKEYCHA BAILEY,
PAUL BAILEY, PAMELA CALLAGAIN,
KENRIC DUNCAN, TRAVIS DUNCAN,
RODNEY EGGINS, ETHEL HILLARD, BETTY
JOHNSON, DARREN JOHNSON,
DENTREOUS JOHNSON, JOHN JOHNSON,
KARL JOHNSON, LISA JOHNSON,
MARTESIA JOHNSON, ROBERT JOHNSON,
SHANARD JOHNSON, SHERRY JOHNSON,
TYRA JOHNSON, CARLOYN JONES, DEBRA
JONES, EDEASSA JONES, EDNA JONES,
TIMOTHY JONES, WILLIE JONES, MICHAEL
LENIOR, ALBERT MILES, JAMES RILEY,
LANDRY ROSS, RODNEY WALKER, JOHN
WILLIAM, MARY-ANNIE WILLIAMS, TONIA
WILLIAMS, LITEARISA GRAVES,
GEORGINNA HARRISON, LAKITA
O'CONNOR, DOROTHY GWIN, PATRICIA
O'CONNOR, ERIN JOHNSON, LATERRY
ROSS, VIOLA JOHNSON, MADLYN

JOHNSON, TROY JOHNSON, ALEXIS
JACKSON, SONIA WILLIAMS, MARLA
NORTHERN, CAROL NORTHERN, ALVIN
NORTHERN, ED MACK, EVA LENIOR,
WILLIE JACKSON, ROBERTA JACKSON,
JOANN JACKSON, DEXTER JACKSON,
BRITTANY JACKSON, BRIAN JACKSON,
ANGELA JACKSON, GREGORY FRANKLIN

VERSUS

EXXONMOBIL CORPORATION
F/K/A EXXON COMPANY U.S.A.,
EXXON CORPORATION

### NOTICE OF REMOVAL

Petitioner, Exxon Mobil Corporation, ("Exxon Mobil"), referred to by Plaintiffs as "Exxon Corporation a/k/a and/or d/b/a Exxon Chemical", through its undersigned counsel of record, respectfully represents as follows:

1.

On or about April 20, 2007, suit was filed against Exxon Mobil in the Baton Rouge City Court, Parish of East Baton Rouge, State of Louisiana, bearing docket number 0704-02965, Division "D", entitled "*Ayanna Abadie, et al. v. Exxon Mobil Corporation f/k/a Exxon Company U.S.A., Exxon Corporation*."

2.

Attached to the Petition for Damages are the names of 2939 persons who allege damage as a result of an August 2, 1993 explosion and fire at the Baton Rouge Refinery.

3.

Exxon first received a copy of the Petition on April 24, 2007.  Consequently, the time in which Exxon Mobil may file this Notice of Removal has not elapsed.

4.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332 in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and the suit is between citizens of different states, and is therefore removable pursuant to 28 U.S.C. § 1441 *et seq.*

5.

Plaintiffs herein are domiciliaries and citizens of the State of Louisiana.

6.

Exxon Mobil is now, and was a the time that the Plaintiffs' Petition was filed, a corporation formed under the laws of the State of New Jersey, with its principal place of business in the State of Texas.  Therefore, Exxon is not now, nor was it at the time the Plaintiffs' Petition was filed, a citizen of the State of Louisiana.

7.

Consequently, this suit is between citizens of "different states," for purposes of 28 U.S.C. § 1332(a)(1) and complete diversity of citizenship exists.

8.

Although the named Plaintiffs contend that their claims do not exceed Seventy-Five Thousand ($75,000) dollars, Exxon respectfully shows that the amount in controversy in this matter exceeds Seventy Five Thousand ($75,000) Dollars for the following reasons.

9.

The specific injuries and damages alleged by Plaintiffs include:

"[P]ersonal injury, past and future pain and suffering, past and future medical expenses, mental anguish and emotional distress, damage to their homes and structures, diminution in the value of their property, other economic damages, loss of society and quality of life, loss of community and other damages to be set forth and established hereunder."[1]

10.

In addition, Plaintiffs claim that Exxon Mobil's conduct falls within the ambit of La. C.C. art. 2315.3, thereby placing in controversy the entitlement of each named Plaintiff to an award of punitive damages.

11.

Furthermore, under Louisiana law, an award of damages is not subject to reversal or remittitur on appeal solely on the basis that it exceeds the amount of damages prayed for in the Petition. *Wexler v. Martin*, 367 So.2d 111 (La. App. 4th Cir. 1929); *Harrison v. State Dept. of Highways*, 375 So.2d 169 (La. App. 2d Cir. 1979). Therefore, regardless of the amount of damages prayed for in the Petition, under Louisiana law, Petitioners could recover an amount in excess of the damages prayed for, and therefore, the "amount in controversy" for purposes of federal jurisdiction is to be determined from the nature and extent of the damages and injuries specifically alleged, including exemplary damages.

12.

Consequently, due to the nature and extent of the damages sought, including punitive damages, as well as Plaintiffs' specific prayer for "all general and equitable relief", Exxon Mobil shows that the amount in controversy as a result of each Plaintiff's claim exceeds $75,000,

---

[1]   *See* Petition for Damages, Paragraph VII.

exclusive of interest and costs, although Exxon Mobil denies liability to Plaintiffs in any amount whatsoever.

13.

The civil jurisdiction of the Baton Rouge City Court is limited to "cases where the amount in dispute, or the value of the property involved, does not exceed twenty thousand dollars." LSA-C.C.P. art. 4842(A). Pursuant to the Louisiana Supreme Court ruling in *In re Gas Water Heater Products Liability Litigation*, 1997-2028 (La. 4/14/98), 711 So.2d 264, the Baton Rouge City Court lacks subject matter jurisdiction of complex cases, such as this case, involving more than a thousand claimants and multi-million dollar claims. Therefore, the statutory limitation on the subject matter jurisdiction of the Baton Rouge City Court should be disregarded by this Court in determining the amount in controversy for purposes of diversity jurisdiction.

14.

Furthermore, many of the plaintiffs herein are minors. Plaintiffs cannot waive or otherwise compromise the claims of minors without court approval. By attempting to assert minors' claims in a court of limited jurisdiction, Plaintiffs are engaging in a *de facto* attempt to waive or compromise the claims of those minors without court approval.

15.

Under Louisiana law, Plaintiffs may amend their petition at any time prior to answer without leave of court, and thereafter at any time with leave of court. LSA-C.C.P. art. 1151. Plaintiffs' allegation is insufficient to defeat diversity jurisdiction. *De Aguilar v. Boeing Co.*, 47 F.3d 1404 (5th Cir. 1995), *certiorari denied*, 516 U.S. 865, 116 S.Ct. 180, 133 L.Ed.2d 119 (1995). If Plaintiffs amend their petition to seek an amount in excess of that presently demand,

the Baton Rouge City Court is directed by statute to transfer the action to a court of proper jurisdiction. LSA-C.C.P. art. 4841(C).

16.

Consequently, diversity of citizenship jurisdiction exists pursuant to 28 U.S.C. § 1332.

17.

Additionally, there is currently pending before this Court, "In Re 1993 Exxon Coker Fire", Master Docket No. 93, MD2-BMGL-SCR. 887 of the 2939 named plaintiffs in this Baton Rouge City Court action are believed to be named plaintiffs in the Exxon Coker Fire federal court action. The balance of the named plaintiffs in this Baton Rouge City Court action are believed to be individuals who have filed claim forms in the Exxon Coker Fire federal court action, and have thus sought recognition as putative members of the class for which certification is sought in the Exxon Coker Fire federal court action. Both the Baton Rouge City Court case and the Exxon Coker Fire federal court action involve exactly the same issues. As such, this Court has ancillary, supplemental and/or pendent claim jurisdiction over all of these claims pursuant to 28 U.S.C. § 1367(a).  As this Court is aware, such jurisdiction permits the exercise of diversity jurisdiction over additional plaintiffs even where their claims are for less than the jurisdictional amount specified in § 1332(a), as long as just one plaintiff meets the diversity and amount in controversy requirements.  *Exxon Mobil v. Allapattah Servs.*, 545 U.S. 546, 125 S.Ct. 2611, 2615 (2005).  In the present case, the Court has already determined that, for the vast majority of the Plaintiffs, diversity jurisdiction exists and, as such, this Court should exercise its ancillary, supplemental and/or pendent claim jurisdiction over these additional claim[ant]s which seek to adjudicate in Baton Rouge City Court the very issues which this Court has, and is adjudicating, in this pendent fourteen year-old case.  Plaintiffs should not be permitted, through

artful pleading in a court that lacks subject matter jurisdiction,  to avoid the spirit of, and purpose

behind, 28 U.S.C. § 1367.

Accordingly, for all of the reasons set forth above, this Court should exercise ancillary,

supplemental and/or pendent claim jurisdiction over these city court claims and parties.

18.

Exxon Mobil attaches to this Petition a copy of the entire city court record.  That record

indicates the dates that any pleading appearing therein was served on the parties.

**THEREFORE**, Exxon Mobil removes that this action to the United States District Court

in and for the Middle District of Louisiana.

By Attorneys:


    s/ Alan J. Berteau                                                        
James P. Doré (#5021)
Alan J. Berteau (#17915)
Amy D. Berret (#24295)
Karli Glascock Wilson (#26304)
R. Benn Vincent, Jr. (#28793)
KEAN, MILLER, HAWTHORNE, D'ARMOND
MCCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
E-Mail:  Jim.Dore@keanmiller.com

**Attorneys for Exxon Mobil Corporation**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of May, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following:

| | |
|---|---|
| Calvin C. Fayard, Jr.,<br>Calvin C. Fayard, Jr., APC<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726 | Walter C. Dumas<br>163 Government Street<br>Baton Rouge, LA 70802 |
| Roy F. Amedee, Jr.<br>Brent A. Klibert<br>Law Offices of Roy F. Amedee, Jr.<br>228 St. Charles Avenue, Suite 801<br>New Orleans, LA 70130 | Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. 7th Street<br>Reserve, LA 70130 |
| William H. Sibley<br>Sibley Law Firm<br>19 N. 1st Street<br>P. O. Box 399<br>Greensburg, LA 70441 | Joseph M. Bruno<br>David Scalia<br>Bruno and Bruno<br>855 Baronne Street<br>New Orleans, LA 70113 |

Baton Rouge, Louisiana, this 17th day of May, 2007.

/s Alan J. Berteau_____
Alan J. Berteau
Bar Roll #17915
Attorney for Exxon Mobil Corporation
KEAN, MILLER, HAWTHORNE, D'ARMOND
MCCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
Fax: (225) 388-9133
E-Mail:  Alan.Berteau@keanmiller.com

1161309-1